EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
Daniel A. Edelman (dedelman@edcombs.com)
Cathleen M. Combs (ccombs@edcombs.com)
James O. Latturner (jlatturner@edcombs.com)
Tiffany N. Hardy (thardy@edcombs.com)
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379
Attorneys for Plaintiff TAMARA VANCE

COOLEY LLP
David A. Vogel (dvogel@cooley.com)
Douglas P. Lobel (dlobel@cooley.com)
11951 Freedom Drive
One Freedom Square
Reston Town Center
Reston, VA  20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100
One of the Attorneys for Defendant CARDTRONICS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: CARDTRONICS ATM FEE NOTICE LITIGATION | Case No. 11-md-2245-BEN-BLM |
|---|---|
| Member cases:   11-cv-217-BEN-BLM<br>11-cv-236-BEN-BLM<br>11-cv-1203-BEN-BLM<br>11-cv-1208-BEN-BLM<br>11-cv-2813-BEN-BLM<br>11-cv-3056-BEN-BLM<br>12-cv-15-BEN-BLM | **JOINT NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Barbara L. Major<br>Courtroom:    A |

Plaintiff Tamara Vance and Defendant Cardtronics, Inc. hereby inform the Court that they have reached an individual settlement in case no. 12-cv-15-BEN-BLM.  The parties will execute a settlement agreement and file a Joint Motion for Dismissal shortly.

JOINT NOTICE OF SETTLEMENT

Dated: February 16, 2012

EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC

/s/ James O. Latturner
James O. Latturner

Attorneys for Plaintiff TAMARA VANCE

COOLEY LLP

/s/ David A. Vogel
David A. Vogel

One of the Attorneys for Defendant
CARDTRONICS, INC.

JOINT NOTICE OF SETTLEMENT