UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CARDTRONICS ATM FEE NOTICE LITIGATION<br><br>Member cases: 11cv0217-BEN (BLM)<br>11cv0236-BEN (BLM)<br>11cv1203-BEN (BLM)<br>11cv1208-BEN (BLM)<br>11cv2813-BEN (BLM)<br>11cv3056-BEN (BLM)<br>12cv0015-BEN (BLM) | Case No. 11md2245-BEN (BLM)<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL** |

In a Notice of Settlement dated February 16, 2012, Plaintiff Tamara Vance and Defendant Cardtronics, Inc. informed the Court that they had reached an individual settlement in Case No. 12cv0015-BEN (BLM). ECF No. 28. Because the case has settled as to Plaintiff Tamara Vance, all other pending dates before Magistrate Judge Major are hereby vacated as to this Plaintiff only. Any matters currently scheduled before the district judge shall remain in effect pending notice from that court. All dates previously set remain in effect for all other parties.

Plaintiff Tamara Vance and Defendant are ordered to file their joint motion for dismissal of this case, signed by their respective counsel of record, no later than **March 26, 2012**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same day. If the signed joint motion for dismissal is timely filed, the parties

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.

and attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **March 26, 2012**, then counsel of record for Plaintiff Tamara Vance and Defendant are required to appear **in person** for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **March 29, 2012** at **9:00 a.m.** in Courtroom A.

If counsel of record for Plaintiff Tamara Vance or Defendant fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED.**

DATED: February 17, 2012

*Barbara F. Major*

BARBARA L. MAJOR
United States Magistrate Judge