COOLEY LLP
MICHELLE C. DOOLIN (179445) (mdoolin@cooley.com)
LEO P. NORTON (216282) (lnorton@cooley.com)
JON F. CIESLAK (268951) (jcieslak@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:     (858) 550-6000
Facsimile:      (858) 550-6420

COOLEY LLP
DOUGLAS P. LOBEL (dlobel@cooley.com)
DAVID A. VOGEL (dvogel@cooley.com
11951 Freedom Drive
Reston, VA  20190
Telephone:     (703) 456-8000
Facsimile:      (703) 456-8100

Attorneys for Defendants
CARDTRONICS USA, INC. and
CARDTRONICS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CARDTRONICS ATM FEE NOTICE LITIGATION<br><br>Member cases:     11cv217-BEN (BLM)<br>                              11cv236-BEN (BLM) | Case No.  11md2245-BEN (BLM)<br><br>**DECLARATION OF DOUGLAS LOBEL IN SUPPORT OF *EX PARTE* MOTION TO CONTINUE HEAINGS ON PLAINTIFFS' MOTIONS FOR CLASS CERTIFICATION IN *CHRISTENSEN* AND *SANDOVAL* CASES**<br><br>Judge:       Hon. Roger T. Benitez<br>Courtroom: 3 |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

**LOBEL DECLARATION**
**CASE NO. 11MD2245-BEN (BLM)**

I, Douglas P. Lobel, declare as follows:

1. I am an Partner at the law firm of Cooley LLP, counsel for Defendants Cardtronics USA, Inc. and Cardtronics, Inc. (together "Cardtronics"), and am lead counsel for Cardtronics in this Multidistrict Litigation ("MDL") proceeding. I have personal knowledge of the following facts and, if called upon to testify, I could and would testify competently thereto.

2. Plaintiffs' counsel in the *Johnson* and *Norris* cases, Eric Calhoun, told Cardtronics that he had a scheduling conflict on March 12, 2012, and was asking to continue the Hearing until April 23, 2012. I spoke to Mark Golovach, counsel for Plaintiffs in the *Christensen* and *Sandoval* cases, about changing the Hearing date for the Plaintiffs' motions for class certification. Mr. Golovach told me that he was willing to try to accommodate Mr. Calhoun and he was not opposing continuing the motions from the March 12, 2012 Hearing date.

3. Earlier today, Mr. Calhoun re-filed the class certification motions in the *Johnson* and *Norris* cases, and consistent with his previous statements to me noticed the Hearing for these motions on April 23, 2012.

4. After Plaintiffs Johnson and Norris filed their new motions and set the April 23 Hearing date, I spoke with Mr. Golovach by telephone about continuing the Hearings on the motions in the *Christensen* and *Sandoval* cases until April 23. Mr. Golovach stated that he was unwilling to commit to continue the Hearings from March 12th to April; 23rd.

5. The Court and the parties would be prejudiced by having two Hearings on two different dates on effectively the exact same motions. The class certification arguments of all the Plaintiffs in this MDL proceeding are essentially the same. The second Hearing would be a repeat of the first, just with different counsel representing different Plaintiffs.

6. Furthermore, it would unduly burden Cardtronics to have to appear separately for the two Hearings. I am lead counsel for Cardtronics in these matters; I appeared at the Early Neutral Evaluation last week on behalf of Cardtronics. I am located outside Washington, D.C., and thus would have to travel twice to California if there were two separate Hearings on the class certification motions.

1     I declare under penalty of perjury that the foregoing is true and correct.  Executed on
2 February 22, 2012, in Reston, Virginia.

_____
Douglas P. Lobel

8   507996 v1/RE