| | |
|---|---|
| 1 | TRAVIS, CALHOUN & CONLON, P.C. |
| | ERIC G. CALHOUN |
| 2 | 1000 Providence Towers East |
| | 5001 Spring Valley Road |
| 3 | Dallas, Texas 75244 |
| | Telephone: 972/934-4100 |
| 4 | Facsimile: 972/934-4101 |
| 5 | Attorneys for Plaintiff |
| | CYNTHIA LOUISE NORRIS |
| 6 | |
| | COOLEY LLP |
| 7 | MICHELLE C. DOOLIN (179445) (mdoolin@cooley.com) |
| | LEO P. NORTON (216282) (lnorton@cooley.com) |
| 8 | JON F. CIESLAK (268951) (jcieslak@cooley.com) |
| | 4401 Eastgate Mall |
| 9 | San Diego, CA  92121 |
| | Telephone:    (858) 550-6000 |
| 10 | Facsimile:     (858) 550-6420 |
| 11 | COOLEY LLP |
| | DOUGLAS P. LOBEL (dlobel@cooley.com) |
| 12 | DAVID A. VOGEL (dvogel@cooley.com |
| | 11951 Freedom Drive |
| 13 | Reston, VA  20190 |
| | Telephone:    (703) 456-8000 |
| 14 | Facsimile:     (703) 456-8100 |
| 15 | Attorneys for Defendants |
| | CARDTRONICS USA, INC. and |
| 16 | CARDTRONICS, INC. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CARDTRONICS ATM FEE NOTICE LITIGATION<br><br>Member case:    11cv2813-BEN (BLM) | Case No.  11md2245-BEN (BLM)<br><br>**JOINT MOTION FOR DISMISSAL**<br><br>Judge:    Hon. Roger T. Benitez<br>Courtroom: 3 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Cynthia Louise Norris and Defendants Cardtronics USA, Inc. and Cardtronics, Inc. respectfully request that this Court dismiss Plaintiff Norris' individual claims against Defendants with prejudice, and the claims of the putative class without prejudice, and without costs, with each party to bear its own attorney's fees.

Dated: May 30, 2012                     TRAVIS, CALHOUN & CONLON, P.C.

                                        *//s//* *Eric G. Calhoun*
                                        Eric G. Calhoun

                                        Attorneys for Plaintiff
                                        CYNTHIA LOUISE NORRIS

Dated: May 30, 2012                     COOLEY LLP

                                        *//s//* *Michelle C. Doolin*
                                        Michelle C. Doolin

                                        Attorneys for Defendants
                                        CARDTRONICS USA, INC. and
                                        CARDTRONICS, INC.

520520 /RE

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

**JOINT MOTION FOR DISMISSAL**
**CASE NO. 11CV1511-BEN (BLM)**