TRAVIS & CALHOUN, P.C.
ERIC G. CALHOUN
1000 Providence Towers East
5001 Spring Valley Road
Dallas, Texas 75244
Telephone: 972/934-4100
Facsimile: 972/934-4101

Attorney for Plaintiff
CYNTHIA LOUISE NORRIS

COOLEY LLP
MICHELLE C. DOOLIN (179445) (mdoolin@cooley.com)
LEO P. NORTON (216282) (lnorton@cooley.com)
JON F. CIESLAK (268951) (jcieslak@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

COOLEY LLP
DOUGLAS P. LOBEL (dlobel@cooley.com)
DAVID A. VOGEL (dvogel@cooley.com
11951 Freedom Drive
Reston, VA  20190
Telephone:    (703) 456-8000
Facsimile:    (703) 456-8100

Attorneys for Defendants
CARDTRONICS USA, INC. and
CARDTRONICS, INC.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CARDTRONICS ATM FEE NOTICE LITIGATION | Case No. 11-md-2245-BEN-BLM |
| | **PROOF OF SERVICE ON JOINT MOTION FOR DISMISSAL** |
| Member cases:   11-cv-217-BEN-BLM<br>11-cv-236-BEN-BLM<br>11-cv-1203-BEN-BLM<br>11-cv-1208-BEN-BLM<br>11-cv-2813-BEN-BLM<br>11-cv-3056-BEN-BLM<br>12-cv-15-BEN-BLM | Judge:   Hon. Roger T. Benitez<br>Date:<br>Time:<br>Courtroom: |

**PROOF OF SERVICE**

PROOF OF SERVICE

I, Eric G. Calhoun, hereby certify that on May 30, 2012, I electronically filed the foregoing:

Joint Motion to Dismiss Plaintiff Cynthia Norris' claims, with the Clerk of Court using CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses:

- Matthew Bruce Alfreds
  mbalfreds@bellsouth.net

- R. Bruce Carlson
  bcarlson@carlsonlynch.com

- Jon F. Cieslak
  jcieslak@cooley.com, hannummc@cooley.com

- Richard Patrick Darke
  rpdarke@duanemorris.com

- Michelle C. Doolin
  mdoolin@cooley.com, haling@cooley.com, bambrose@cooley.com

- Dwight M. Francis
  dfrancis@gardere.com

- Mark Andrew Golovach
  markg@coastalpacificlegal.com, paralegal@pacificcoastlawgroup.com

- Gerald Haggart Jacks
  gjacks@jacksadamsnorquist.com

- Ronna D. Kinsella
  rkinsella@gewwlaw.com

- Emil Lippe, Jr.
  texaslaw@airmail.net

- Douglas P. Lobel
  dlobel@cooley.com

- Arnulfo Ursua Luciano
  aluciano@jacksadamsnorquist.com

- Leo P. Norton
  lnorton@cooley.com, maraujo@cooley.com

- Lucian T. Pera

PROOF OF SERVICE

      Lucian.pera@arlaw.com

- Robert Emmett Poundstone, IV
  bpoundstone@babc.com

- Brian Lee Starling
  Brianstarling1@gmail.com

- Charles Andrew Stewart
  Cstewart@babc.com

- David A. Vogel
  dvogel@cooley.com, ebolton@cooley.com

- B.J. Wade
  bwade@skouterismagee.com

This document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5, all other counsel of record not deemed to have consented to electronic service was served with a true and correct copy of this document via U.S. First Class Mail. However, the undersigned is not aware of anyone who has not consented to electronic service.

                                                  *//s// Eric G. Calhoun*

                        TRAVIS & CALHOUN P.C.
                        ERIC G. CALHOUN
                        1000 Providence Towers East
                        5001 Spring Valley Road
                        Dallas, Texas 75244
                        Telephone: 972/934-4100
                        Facsimile: 972/934-4101

PROOF OF SERVICE