TRAVIS & CALHOUN, P.C.
ERIC G. CALHOUN
1000 Providence Towers East
5001 Spring Valley Road
Dallas, Texas 75244
Telephone: 972/934-4100
Facsimile: 972/934-4101

*Attorney for Plaintiff*
*Sheryl Johnson*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: CARDTRONICS ATM FEE NOTICE LITIGATION<br><br>Member cases: 11-cv-1203-BEN (BLM)<br>11-cv-1208-BEN (BLM) | Case No.: 11-md-2245-BEN (BLM)<br><br>**PLAINTIFF SHERYL JOHNSON'S NOTICE OF APPEAL**<br><br>Date:<br>Time:<br>Judge:     Hon. Roger T. Benitez<br>Courtroom: |

## NOTICE OF APPEAL

Notice is hereby given that Sheryl Johnson, Plaintiff in the above-captioned actions, hereby appeals this Court's Order Granting Summary Judgment and Judgment dismissing Plaintiff's claims, entered on May 14, 2012 in case numbers 11-cv-1203 [Doc. 34] and 11-cv-1208 [Doc. 51].

PLAINTIFFS' NOTICE OF APPEAL

1  Dated: June 7, 2012                    Respectfully Submitted,

2

3                                          **TRAVIS & CALHOUN, P.C.**

4                                          _/s/ Eric G. Calhoun_
                                           Eric G. Calhoun
5                                          5001 Spring Valley Rd., Ste 1000
                                           Dallas, Texas 75244
6                                          Telephone: (972) 934-4100
                                           Facsimile: (972) 934-4101
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' NOTICE OF APPEAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

|   |   |
|---|---|
| | Respectfully submitted, |
| DATED:  February 3, 2012 | //s/Eric G. Calhoun |
| | ERIC G. CALHOUN |
| | TRAVIS & CALHOUN, P.C.<br>ERIC G. CALHOUN<br>1000 Providence Towers East<br>5001 Spring Valley Road<br>Dallas, Texas 75244<br>Telephone: 972/934-4100<br>Facsimile: 972/934-4101 |
| | *Attorneys for Plaintiff*<br>*Sheryl Johnson* |