| | |
|---|---|
| 1 | PANISH SHEA & BOYLE LLP |
| | BRIAN J. PANISH (116060) (panish@psblaw.com) |
| 2 | PETER KAUFMAN (269297) (pkaufman@psblaw.com) |
| | 11111 Santa Monica Boulevard, Suite 700 |
| 3 | Los Angeles, California 90025 |
| | Telephone: (310) 477-1700 |
| 4 | Facsimile: (310) 477-1699 |

Attorneys for Plaintiff
THOMAS CHAYRA

COOLEY LLP
MICHELLE C. DOOLIN (179445) (mdoolin@cooley.com)
LEO P. NORTON (216282) (lnorton@cooley.com)
JON F. CIESLAK (268951) (jcieslak@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

COOLEY LLP
DOUGLAS P. LOBEL (dlobel@cooley.com)
DAVID A. VOGEL (dvogel@cooley.com
11951 Freedom Drive
Reston, VA  20190
Telephone:    (703) 456-8000
Facsimile:    (703) 456-8100

Attorneys for Defendants
CARDTRONICS USA, INC. and
CARDTRONICS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CARDTRONICS ATM FEE NOTICE LITIGATION | Case No.  11md2245-BEN (BLM) |
| | **JOINT MOTION FOR DISMISSAL** |
| Member case:      12cv0559-BEN (BLM) | Judge:    Hon. Roger T. Benitez<br>Courtroom: 3 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Thomas Chayra and Defendants Cardtronics USA, Inc. and Cardtronics, Inc. respectfully request that this Court dismiss Plaintiff Chayra's individual claims against Defendants without prejudice, and the claims of the putative class without prejudice, and without costs, with each party to bear its own attorney's fees.

Dated: June 6, 2012                     PANISH SHEA & BOYLE LLP

                                         */s/ Peter L. Kaufman*
                                         Peter L. Kaufman

                                         Attorneys for Plaintiff
                                         THOMAS CHAYRA

Dated: June 6, 2012                     COOLEY LLP

                                         */s/ Michelle C. Doolin*
                                         Michelle C. Doolin

                                         Attorneys for Defendants
                                         CARDTRONICS USA, INC. and
                                         CARDTRONICS, INC.

521487 /RE