FILED

2012 JUN 18 AM 11:22

CLERK
SOUTHERN DIST.

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CARDTRONICS ATM FEE NOTICE LITIGATION<br><br>Member Cases:   11-CV-3056 BEN (BLM)<br>                           12-CV-0559-BEN (BLM) | Case No. 11-MD-2245 BEN (BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CASE NO. 12-CV-0559 BEN (BLM)**<br><br>[Docket No. 85] |

The Court, having reviewed the Joint Motion for Dismissal by Plaintiff THOMAS CHAYRA ("Plaintiff"), and Defendants CARDTRONICS USA, INC. and CARDTRONICS, INC. ("Defendants"), and good cause showing, hereby orders the following:

Plaintiff's individual claims against Defendants are hereby dismissed without prejudice, the claims of the putative class dismissed without prejudice, and with each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATED: June 18, 2012

Honorable Roger T. Benitez
United States District Judge