FILED

13 JAN 11 AM II: 54

U.S. DISTRICT COURT
. DISTRICT OF CALIFORNIA

DEPUTY

1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

11

## SOUTHERN DISTRICT OF CALIFORNIA

12
13
14

IN RE: CARDTRONICS ATM FEE NOTICE
LITIGATION

15

Member cases:      12-cv-2699-BEN (BLM)

16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.  11-md-2245-BEN (BLM)

**ORDER GRANTING JOINT
MOTION FOR DISMISSAL**

[Docket No. 103]

**ORDER**
**CASE NO. 11md2245-BEN (BLM)**

1    The Court, having reviewed the Joint Motion for Dismissal by Plaintiff STEPHANIE DE

2    LIBERTY ("Plaintiff"), and Defendants CARDTRONICS USA, INC. and CARDTRONICS,

3    INC. ("Defendants"), and good cause showing, hereby orders the following:

4        Plaintiff's individual claims against Defendants are hereby dismissed with prejudice, the

5    claims of the putative class dismissed without prejudice, and with each party to bear its own costs

6    and attorney's fees.

7        **IT IS SO ORDERED.**

8

9    DATED: January ⁄⁄ , 2013

10

11                                               Honorable Roger T. Benitez
                                                 United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                          **ORDER**
                                                 CASE NO. 11md2245-BEN (BLM)