FILED
APR 1 1 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CARDTRONICS ATM FEE NOTICE LITIGATION<br><br>Member Cases: 12-CV-2083 BEN (BLM)<br>12-CV-2119 BEN (BLM) | CASE NO. 11-MD-2245 BEN (BLM)<br><br>**ORDER GRANTING MOTION TO STAY CASE NOS. 12-CV-2083 BEN (BLM) AND 12-CV-2119 BEN (BLM)**<br><br>[Docket No. 105] |

Presently before the Court is Plaintiffs' Motion to Stay. (Docket No. 105.) Plaintiffs seek to stay member cases 12-CV-2083 BEN (BLM) and 12-CV-2119 BEN (BLM) pending the appeal *In re Sheryl Johnson v. Cardtronics USA, Inc.*, Case No. 12-56066 (9th Cir.). Defendant does not oppose the Motion. For good cause shown, the Motion is **GRANTED**. Case Nos. 12-CV-2083 BEN (BLM) and 12-CV-2119 BEN (BLM) are stayed pending the appeal *In re Sheryl Johnson v. Cardtronics USA, Inc.*, Case No. 12-56066 (9th Cir.).

**IT IS SO ORDERED.**

DATED: 4/11/2013

HON. ROGER T. BENITEZ
United States District Judge