# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CARDTRONICS ATM FEE NOTICE LITIGATION,<br><br>Member cases:<br>• 12CV2083 BEN (BLM)<br>• 12CV2119 BEN (BLM) | CASE NO. 11MD2245 BEN (BLM)<br><br>**ORDER CLOSING CASE** |

On August 5, 2014, the Court granted the parties' joint motion dismissing the last two open cases that were part of Multidistrict Litigation No. 2245. (Docket No. 116.) All cases are now closed. The Clerk shall close the file and transmit a copy of this order to Jeffery N. Luthi, Clerk of the Panel.

**IT IS SO ORDERED.**

DATED: August 29, 2014

_____
Hon. Roger T. Benitez
United States District Judge